UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DANA CORBO, | ) | Case No.: 2:10-cv-0316-GMN-LRL |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| RONALD W. LAESSIG, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is Defendants Fidelity Federal Financial Services Corporation, Fidelity Federal Group, and Fidelity Federal Retirement Plans Corporation's Motion for Relief Under Fed. R. Civ. P. 60(a) to Correct Apparent Clerical Mistakes or Oversights in Order [#41] (ECF No. 42).

The Court referred to an insurance policy as being issued by Defendants in its Order (ECF No. 41).  The evidence provided to the Court regarding the policy in question however indicates that it was issued by Fidelity & Guaranty Life Insurance Company not Defendants.  Robert Laessig, acting on behalf of Defendants is alleged to have solicited business from Plaintiff to convert an existing policy to a policy from Fidelity & Guaranty Life Insurance Company.  Defendants request that the Court correct this error and refer to the policy as the Fidelity & Guaranty policy.  The Court GRANTS this request and amends the Order to clarify the parties' and non-parties' roles in the issuance of the Fidelity & Guaranty policy.

Defendants also motion the Court to correct an error on page 14 where the Court referred to a Fidelity Federal Plan.  While the Court agrees that this was a mistake the error was not in reference to the UEBF Plan but instead the Court intended to refer to the Fidelity & Guaranty policy in these two sentences.  Accordingly the Court will amend the

Order to correct this and the above stated mistakes.

**IT IS HEREBY ORDERED** that Defendants Fidelity Federal Financial Services Corporation, Fidelity Federal Group, and Fidelity Federal Retirement Plans Corporation's Motion for Relief Under Fed. R. Civ. P. 60(a) to Correct Apparent Clerical Mistakes or Oversights in Order [#41] (ECF No. 42) is **GRANTED**.

DATED this 6th day of April, 2011.

_____
Gloria M. Navarro
United States District Judge